**DICKINSON WRIGHT PLLC**
Michael N. Feder
Nevada Bar No. 7332
Gabriel A. Blumberg
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Telephone: (702) 550-4400
Facsimile: (844) 670-6009
Email: Mfeder@dickinson-wright.com
Email: Gblumberg@dickinson-wright.com

**ALSTON & BIRD LLP**
Neal J. McLaughlin (*pro hac vice*)
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
E-mail: neal.mclaughlin@alston.com

*Counsel for Plaintiffs Sueros & Bebidas Rehidratantes, S.A. de C.V. and CAB Enterprises, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUEROS & BEBIDAS REHIDRATANTES, S.A. de C.V., a Mexican company, and CAB ENTERPRISES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LA MONITA DISTRIBUTION, LLC a Nevada corporation, GRISELDA GUADALUPE MENA, EDILBERTO MENA BAUTISTA and DOES 1-10.,<br><br>Defendants. | Case No. 2:24-cv-02093-JAD-DJA<br><br>**ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**<br><br>ECF Nos. 22, 23 |

Plaintiffs Sueros & Bebidas Rehidratantes, S.A. de C.V. and CAB Enterprises, Inc. move for a default judgment and permanent injunction against all defendants. For the reasons stated in the unopposed motion **[ECF Nos. 22, 23], and there being no opposition,**

IT IS HEREBY ORDERED that:

1. **The renewed motion for default judgment and permanent injunction [ECF Nos. 22, 23] is GRANTED,** and the Clerk of Court is directed to **ENTER DEFAULT JUDGMENT** in favor of the Plaintiffs and against Defendants La Monita Distribution, LLC, Griselda Guadalupe Mena, and Edilberto Mena Bautista, jointly and severally;

2. This is an exceptional case within the meaning of 15 U.S.C. § 1117(a);

3. Plaintiffs are entitled to three times Defendants' profits from the sale of Unauthorized Electrolit (as defined in the Complaint);

4. Within 14 days of this Order, Defendants must provide a summary document showing the dates, quantities, prices, names and addresses of all suppliers and customers from whom they have purchased or to whom they have sold any products bearing the Electrolit Marks to ascertain damages subject to a post-judgment accounting;

5. **Plaintiffs are awarded $109,507.50 in reasonable attorneys' fees, $1,867.68 in costs, and post-judgment interest** calculated in accordance with 28 U.S.C. § 1961; and

6. The court reserves jurisdiction to issue further orders in this case.

**IT IS FURTHER ORDERED** that Defendant La Monita Distribution, LLC and its owners, principals, agents, officers, directors, members, servants, employees, successors, assigns as well as Defendants Griselda Guadalupe Mena and Edilberto Mena Bautista and all other persons acting in concert or participation with it or them (collectively, the "Restrained Parties") **ARE restrained and INJOINED from:**

1. Purchasing, selling, distributing, marketing, manufacturing or otherwise using any of the Electrolit Marks (as defined below) or any marks confusingly similar thereto in connection with the manufacture, sale, offer for sale, distribution, advertisement, or any other use of any product, including Unauthorized Electrolit. The Electrolit® trademarks (collectively, the "Electrolit Marks") consist of the following:

| Mark | U.S. Reg. No. | Reg. Date |
|---|---|---|
| Electrolit (logo) | 4222726 | Oct. 9, 2012 |
| "ELECTROLIT" | 4833885 | Oct. 13, 2015 |
| Electrolit bottle design | 4717350 | Apr. 7, 2015 |
| Electrolit (oval logo) | 4717232 | Apr. 7, 2015 |

2. Using any logo, trade name or trademark confusingly similar to any of the Electrolit Marks which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of any or all of the Restrained Parties or others are sponsored by, authorized by or in any way associated with Plaintiffs;

3. Manufacturing, importing, duplicating, advertising, selling or distributing any infringing and/or counterfeit Electrolit product;

4. Infringing any of the Electrolit Marks;

5. Otherwise unfairly competing with Plaintiffs in the manufacture, sale, offering for

sale, distribution, advertisement, or any other use of Electrolit®;

6. Falsely representing any or all of the Defendants as being connected with plaintiffs or sponsored by or associated with Plaintiffs or engaging in any act which is likely to cause the trade, retailers and/or members of the purchasing public to believe that any or all of the Restrained Parties are associated with Plaintiffs;

7. Using any reproduction, counterfeit, copy, or colorable imitation of any of the Electrolit Marks in connection with the publicity, promotion, sale, or advertising of Unauthorized Electrolit;

8. Affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being Electrolit® and from offering such goods in commerce;

9. Diluting any of the Electrolit Marks;

10. Removing from their premises, or discarding, destroying, transferring or disposing in any manner any information, computer files, electronic files, business records (including but not limited to internet-based email communications) or other documents relating to Defendants' assets and operations or relating in any way to the manufacture, promotion, publicity, advertising, receiving, acquisition, importation, return, shipment, purchase, sale, offer for sale, or distribution of any merchandise bearing the Electrolit Marks;

11. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs 1 through 10 above; and

12. Engaging in assignments or transfers, formation of new entities or associations or utilization of any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in this order.

The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 5, 2025